**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: BEARINGS CASES | |
| THIS RELATES TO:<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br>Plaintiff,<br><br>v.<br><br>NSK LTD., NSK AMERICAS, INC., NTN CORPORATION, NTN USA CORPORATION, JTEKT CORPORATION, KOYO CORPORATION OF U.S.A., AB SKF, SKF USA INC., SCHAEFFLER AG, and SCHAEFFLER GROUP USA INC.,<br>Defendants. | 2:14-cv-12095-MOB-MKM |

**NOTICE OF APPEARANCE**

PLEASE enter the Appearance of Jon C. Weingart of the law firm Shearman & Sterling LLP, as counsel on behalf of JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., in the above-captioned matter.

The appearance shall not be deemed to be a waiver of any rights or defenses that may be available under common law, statutes or the Federal Rules of Civil Procedure.

Dated: February 12, 2016                Respectfully Submitted,

                                                              By: */s/ Jon C. Weingart*
                                                              Jon C. Weingart
                                                              SHEARMAN & STERLING LLP
                                                              401 9th Street, NW, Suite 800
                                                              Washington, DC 20004
                                                              Phone: (202) 508-8036
                                                              Fax: (202) 508-8100
                                                              Email: jon.weingart@shearman.com

                                                              *Counsel for Defendants JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2016, I electronically filed my Appearance on behalf of JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A., with the Clerk of the Court using the ECF system which will send notification of such filing to the ECF participants.

DATED: February 12, 2016

By: */s/ Jon C. Weingart*

Jon C. Weingart
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, DC 20004
Phone: (202) 508-8036
Fax: (202) 508-8100
Email: jon.weingart@shearman.com

*Counsel for Defendants JTEKT Corporation and JTEKT North America Corporation, formerly d/b/a Koyo Corporation of U.S.A.*